DANIEL G. KNAUSS
United States Attorney
District of Arizona

TRACEY A. BARDORF
Assistant U.S. Attorney
Arizona Bar No. 020623
40 N. Central Ave., Ste. 1200
Phoenix, Arizona 85004
Telephone (602) 514-7500
Tracey.Bardorf@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     v.<br><br>Hanoi Barbaro Acosta,<br><br>            Defendant. | CR 07-871-PHX-ROS<br><br>**PROPOSED STATEMENT OF THE CASE** |

The following is the government's[1] proposed statement of the case:

Defendant has been charged with 1) recruiting, enticing, harboring and transporting a minor in interstate commerce knowing that the minor would be caused to engage in a commercial sex act, and 2) transporting a minor in interstate commerce for the purpose of prostitution.  The defendant has pled not guilty to the charges.

Respectfully submitted this 8th day of November, 2007.

DANIEL G. KNAUSS
United States Attorney
District of Arizona

/s/ Tracey A. Bardorf

Tracey A. Bardorf
Assistant U.S. Attorney

---

[1] The foregoing was provided to defense counsel on November 6, 2007. Defense counsel has not yet responded to this proposed joint statement.

1  I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following
2  CM/ECF registrants: Barbara Hull