```
FILED ___ LODGED
✗ RECEIVED ___ COPY

DEC 0 3 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

HANOI ACOSTA #87406008
CCA CADC, P.O. BOX 6300
FLORENCE, AZ. 85232

NOV. 25, 2007
CASE NO. CR-07-871-PHX-ROS

DEAR HONORABLE ROSLYN O. SILVER,

I AM WRITING YOU THIS LETTER IN REGARDS TO THE SIXTH AMENDMENT RIGHT TO A SPEEDY TRIAL. I HAVE A COUPLE OF CONCERNS THAT I WOULD LIKE TO BRING TO YOUR ATTENTION.

FIRST AND FOREMOST IT ISN'T CLEAR TO ME WHEN THIS COURT STARTED COUNTING THE 90 DAY GUARANTEE? BECAUSE WHEN I SAW YOU IN OCTOBER I HEARD THE PROSECUTOR SAY I WAS INDICTED ON JULY 25TH, 2007. HOWEVER, WHEN I RESEARCHED THE SIXTH AMENDMENT RIGHT, UNDER "SPEEDY TRIAL" SUB-SECTION 6:2 STATES - "ATTATCHMENT: THE SPEEDY TRIAL GUARANTEE IS TRIGGERED WHEN CHARGES ARE FILED OR WHEN A DEFENDANT IS ARRESTED AND HELD TO ANSWER A CRIMINAL TRIAL". I HAVE BEEN IN U.S. MARSHALL CUSTODY SINCE JULY 3RD, 2007 WHEN THE MESA POLICE TURNED ME OVER TO THE F.B.I. SHORTLY AFTER MY ARREST. SECTION (11) OF SUB-SECTION 6:2 DOES NOT APPLY TO ME SINCE I'VE BEEN IN FEDERAL CUSTODY & CHARGES THE WHOLE TIME. SECTION (14) OF THE SAME SUBSECTION SAYS "THE DEFENDANT NEED NOT NECESSARILY HAVE BEEN FORMALLY CHARGED, BUT HE AT LEAST MUST HAVE BEEN ARRESTED".

I HAVE NOT SIGNED ANY WAIVER TO GIVE UP MY RIGHT TO A 90 DAY SPEEDY TRIAL. I HAVE NEVER INSTRUCTED MY LEGAL COUNSEL TO POSTPONE ANY COURT HEARING ON MY BEHALF. THE TWO TIMES THAT IT HAS HAPPENED HAVE NOT BEEN TO MY KNOWLEDGE AND BEHIND MY BACK & AGAINST MY WILL. AS YOU MAY

REMEMBER FROM MY INITIAL LETTER. MY ATTORNEY HAS ADVISED MY WIFE THAT MY TRIAL DATE HAS BEEN CONTINUED ON BEHALF OF THE PROSECUTION, THAT SHE OPPOSED IT, BUT YOU GRANTED THE CONTINUANCE AND SET TRIAL FOR 1/18/08. THIS DELAY IS IN VIOLATION OF MY DUE PROCESS, AND MY SIXTH AMENDMENT RIGHT TO A SPEEDY TRIAL.

THE LENGTH OF THIS DELAY IS PREJUDICIAL BECAUSE IT GIVES THE GOVERNMENT A TACTICAL ADVANTAGE TO BUILD A CASE AGAINST ME THEY MIGHT NOT HAVE HAD @ SEPT 4TH, OR NOV. 6TH, OR DEC 4TH.

I HAVE ASSERTED MY RIGHT TO A SPEEDY TRIAL AND MADE YOU AWARE THAT I HAVE NOT SIGNED A WAIVER AUTHORIZING MY LEGAL COUNSEL TO CONTINUE ANYTHING ON MY BEHALF WITHOUT ME BEING IN AGREEMENT. AND BOTH CONTINUANCES MADE ON MY BEHALF HAVE BEEN MADE AGAINST MY WILL, AND NOT TO MY KNOWLEDGE UNTIL AFTER THE FACT. WHICH WAS THE REASON I SAW YOU ON OCT. 30TH, 2007.

I RESPECTFULLY REQUEST THAT THIS COURT DISMISSES THE CHARGES AGAINST ME ON THE GROUNDS OF A SPEEDY TRIAL VIOLATION & VIOLATION OF MY DUE PROCESS. THANK YOU VERY MUCH FOR YOUR TIME AND CONSIDERATION IN THIS MATTER.

SINCERELY,

Nanci Acosta