1  DANIEL G. KNAUSS
   United States Attorney
2  District of Arizona

3  TRACEY A. BARDORF
   Assistant U.S. Attorney
   40 N. Central Ave., Ste. 1200
4  Phoenix, Arizona 85004
   Telephone (602) 514-7500
   AZ Bar No. 020623
5  Tracey.Bardorf@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>       v.<br><br>Hanoi Barbaro Acosta,<br><br>            Defendant. | CR 07-871-PHX-ROS<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANT'S *PRO SE* MOTION TO DISMISS INDICTMENT** |

The United States, by and through undersigned counsel, hereby notifies this Court that it received on this date via ECF notification a copy of Defendant's Letter to the Court, which was styled a Motion to Dismiss All Charges by the Clerk's Office [Dkt # 3], and respectfully requests that this Court strike Defendant's Motion to Dismiss All Charges pursuant to L.R. Civ. 83.3(c)(2). Defendant is represented by counsel and, under this Court's rules, may not appear or act in his own behalf, but must do so through counsel. Further, Defendant's Motion to Dismiss All Charges is legally unsound because it alleges a Speedy Trial violation without taking into account the provisions of 18 U.S.C. § 3161(h).

. . .

. . .

. . .

If this Court does not strike the Motion to Dismiss All Charges, the United States requests an additional five (5) days to respond to the merits of that Motion.

Respectfully submitted this 7th day of December, 2007.

DANIEL G. KNAUSS<br>
United States Attorney<br>
District of Arizona

/s/ Tracey A. Bardorf

Tracey A. Bardorf
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on this day, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Barbara Hull, Esq.