```
         FILED    ___ LODGED
    ___ RECEIVED  ___ COPY

         MAY 23 2008

    CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
    BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Hanoi Barbaro Acosta,<br><br>　　　　　Defendant. | CR 07-871-PHX-ROS<br><br>**VERDICT FORM** |

　　　We the jury, duly empaneled and sworn, find the defendant, Hanoi Barbaro Acosta, _____ [GUILTY/NOT GUILTY] of Sex Trafficking of Children, as charged in Count 1 of the Indictment.

　　　We the jury, duly empaneled and sworn, find the defendant, Hanoi Barbaro Acosta, _____*GUILTY*_____ [GUILTY/NOT GUILTY] of Transportation of a Minor for Prostitution, as charged in Count 2 of the Indictment.

___#14_____　　　___May 23, 2008___
Presiding Juror　　　　　Date