CR-07-00871-ROS, May 23, 2008 (REDACTED)

```
 1                    UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF ARIZONA

 3
    UNITED STATES OF AMERICA,        )
 4                                   )
                     Plaintiff,      )
 5  vs.                              )
                                     )   CR 07-00871-ROS
 6  HANOI BARBARO ACOSTA,            )
                                     )
 7                   Defendant.      )
                                     )   May 23, 2008
 8                                   )   9:29 a.m.
    _____)
 9

10      BEFORE:  THE HONORABLE ROSLYN O. SILVER, JUDGE

11           REPORTER'S TRANSCRIPT OF PROCEEDINGS

12           JURY TRIAL - Day 7 (REDACTED - Minor)

13                    A P P E A R A N C E S

14  For the Government:
            TRACEY A. BARDORF, ESQ.
15          STEVEN PAUL LOGAN, ESQ.
            U.S. Attorney's Office
16          40 North Central Avenue, Suite 1200
            Phoenix, AZ  85004-4408
17          602.514.7500

18  For the Defendant:
            BARBARA LYNN HULL, ESQ.
19          Law Office of Barbara L. Hull
            637 North 3rd Avenue, Suite 3
20          Phoenix, AZ  85003
            480.834.0002/(fax) 480.834.0003
21
    Official Court Reporter:
22  Elaine Cropper, RDR, CRR, CCP
    Sandra Day O'Connor U.S. Courthouse, Suite 312
23  401 West Washington Street, Spc. 35
    Phoenix, Arizona  85003-2151
24  (602) 322-7249
    Proceedings Reported by Stenographic Court Reporter
25  Transcript Prepared by Computer-Aided Transcription
```

CR-07-00871-ROS, May 23, 2008 (REDACTED)

**MISCELLANEOUS NOTATIONS**

| Item | Page |
|---|---|
| Verdict | 1282 |

**RECESSES**

| | Page | Line |
|---|---|---|
| (Recess at 9:33; resumed at 9:52.) | 1279 | 1 |
| (Recess at 9:59; resumed at 10:03.) | 1282 | 7 |

United States District Court

**P R O C E E D I N G S**

(Jury out.)

(Court was called to order by the courtroom deputy.)

THE COURT: Good morning. I have received from Ms. Hull a request that I provide the jury an Allen charge instruction. I have no problem with that. The jury is back. I haven't heard from them. As you know, they mentioned to my courtroom deputy that they thought they had reached a verdict on one count. They weren't sure about the other count.

So unless there's an objection to it, I'll do so. But I do believe before -- as a preliminary to doing this, that I should ask them or tell them, make a record of what was reported to me yesterday. And I don't want to ask them how they are doing really but if, in fact, they tell me that they are now deadlocked on one of the counts, which could have changed overnight, then I will consider reading the instruction to them.

What's your position?

MS. BARDORF: I think that sounds appropriate, Your Honor. I'm not sure exactly whether they had conveyed that they were deadlocked or simply that they had not finished deliberating on whatever they were still working on. So I think that sounds like the right approach.

THE COURT: It was as if we don't know on the second count. We believe we've reached a verdict on the first count.

CR-07-00871-ROS, May 23, 2008 (REDACTED)

1        Anything?                                                    09:30:46

2        MS. HULL:  Nothing further.

3        THE COURT:  All right.  Let's bring the jury in.

4        (Jury enters.)

5        THE COURT:  Good morning.                                     09:32:07

6        And, juror number 14, you're our foreperson?

7        JUROR 14:  Yes.

8        THE COURT:  And yesterday I was informed that you
9   thought you had reached a verdict on one count and that you
10  weren't sure what you were going to do with the second count.     09:32:24
11  I am checking in with you this morning.

12       If you're still working, then that's all I need to
13  hear.  If you have any questions or you need direction from the
14  court, then you can certainly seek that from me also.

15       JUROR 14:  We're still deliberating over one small           09:32:50
16  point.

17       THE COURT:  Okay.  Then you just go ahead and do
18  that.

19       JUROR 14:  We're just about to the point to take a
20  vote.                                                              09:33:00

21       THE COURT:  All right.  Thank you very much and go
22  back to work.

23       We are in recess.

24       (Jury departs.)

25       THE COURT:  All right.  We are also in recess.               09:33:22

United States District Court

| | | |
|---|---|---|
| 1 | (Recess at 9:33; resumed at 9:52.) | 09:33:25 |
| 2 | (Jury out.) | |
| 3 | THE COURT:  All right.  The final word from the jury | |
| 4 | is they have expressed the position that they have reached a | |
| 5 | verdict on one count and that they are deadlocked on the second | 09:54:00 |
| 6 | count. | |
| 7 | We have two choices.  As is indicated in the motion | |
| 8 | that was -- or request that was filed by Ms. Hull, that is 7.7 | |
| 9 | or 7.8.  7.7 is the softer instruction to the jury to go back | |
| 10 | and try again.  7.8 is a -- in terms of the process and the | 09:54:29 |
| 11 | timeline, is one where the jury has indicated they are | |
| 12 | deadlocked and it follows a substantial period of time when | |
| 13 | they have made an effort to do so. | |
| 14 | My position is that we should and I should instruct | |
| 15 | them on 7.8 instead of 7.7 and require that they go back again. | 09:54:58 |
| 16 | And that's because they implicitly said yesterday | |
| 17 | that they have already tried and now they have said clearly | |
| 18 | that they can't reach a verdict.  7.8, as you can see, I asked | |
| 19 | the foreperson whether or not the jury is -- yes, the | |
| 20 | foreperson if the jury is hopelessly deadlocked and the next | 09:55:29 |
| 21 | is, is there any possibility that they will reach a verdict and | |
| 22 | they say no.  Then I can ask each of the jurors if they agree. | |
| 23 | What is your position? | |
| 24 | MS. BARDORF:  The government would ask that Your | |
| 25 | Honor first start with the Allen charge, 7.7, simply because | 09:55:45 |

| | | |
|---|---|---|
| 1 | it's so early in the day and we do have the entirety of today | 09:55:51 |
| 2 | and certainly they can come back after the weekend, but we do | |
| 3 | have the entire day so we would ask that we start with 7.7. | |
| 4 |         THE COURT:  What's your position? | |
| 5 |         MS. HULL:  7.8. | 09:56:07 |
| 6 |         THE COURT:  I'm going to do 7.8.  It makes more sense | |
| 7 | to me now. | |
| 8 |         All right.  Let's bring the jury in. | |
| 9 |         (Jury enters.) | |
| 10 |         THE COURT:  All right.  Lady and gentlemen, I have | 09:57:06 |
| 11 | learned from my courtroom deputy that, as you implicitly | |
| 12 | indicated yesterday at the end of the day, you were deadlocked | |
| 13 | and you are now deadlocked on one count and that you've reached | |
| 14 | a verdict on the second count. | |
| 15 |         Let me ask the foreperson the following:  In your | 09:57:22 |
| 16 | opinion, is the jury hopelessly deadlocked? | |
| 17 |         JUROR 14:  Yes. | |
| 18 |         THE COURT:  Is there a reasonable probability that | |
| 19 | the jury can reach a unanimous verdict if sent back to the jury | |
| 20 | room for further deliberations? | 09:57:37 |
| 21 |         JUROR 14:  No. | |
| 22 |         THE COURT:  Do you feel there is a reasonable | |
| 23 | probability -- let me ask each of the jurors the following and | |
| 24 | let me start with juror number one. | |
| 25 |         Do you believe that there is a reasonable probability | 09:57:51 |

United States District Court

```
 1  that the jury can reach a unanimous verdict if sent back to the      09:57:53
 2  jury room for deliberations?
 3              JUROR 1:  No, Your Honor.
 4              THE COURT:  And juror number two?
 5              JUROR 2:  No.                                             09:58:03
 6              THE COURT:  Juror number three?
 7              JUROR 3:  No.
 8              THE COURT:  Juror number four?
 9              JUROR 4:  No.
10              THE COURT:  Juror number five?                            09:58:08
11              JUROR 5:  No.
12              THE COURT:  Juror number six?
13              JUROR 6:  No.
14              THE COURT:  Juror number seven?
15              JUROR 7:  No.                                             09:58:12
16              THE COURT:  Juror number eight?
17              JUROR 8:  No, ma'am.
18              THE COURT:  Juror number nine?
19              JUROR 9:  No, ma'am.
20              THE COURT:  Juror number 10?                              09:58:17
21              JUROR 10:  No.
22              THE COURT:  Juror number 11?
23              JUROR 11:  No, ma'am.
24              THE COURT:  Juror number 12?
25              JUROR 12:  No.                                            09:58:17
```

| | | |
|---|---|---|
| 1 | THE COURT:  All right.  I will send you back to the | 09:58:19 |
| 2 | jury room and you can let me know when you are ready to return | |
| 3 | to the courtroom and return a verdict on one count and not and | |
| 4 | on the other. | |
| 5 | All right.  You are excused. | 09:58:32 |
| 6 | (Jury departs.) | |
| 7 | (Recess at 9:59; resumed at 10:03.) | |
| 8 | (Jury out.) | |
| 9 | THE COURT:  Okay.  Let's bring the jury in. | |
| 10 | (Jury enters.) | 10:03:55 |
| 11 | THE COURT:  Okay.  Let me ask the foreperson, the | |
| 12 | jury was excused and went back to work after my last | |
| 13 | instruction and has anything changed from what you reported to | |
| 14 | me the last time? | |
| 15 | JUROR 14:  No, Your Honor. | 10:06:10 |
| 16 | THE COURT:  So, then, the jury is hopelessly | |
| 17 | deadlocked; is that correct? | |
| 18 | JUROR 14:  Yes. | |
| 19 | THE COURT:  Everyone agree?  You can say that en | |
| 20 | masse.  Let me just say does anyone disagree?  No? | 10:06:19 |
| 21 | You are silent. | |
| 22 | All right.  Let's receive the verdict forms. | |
| 23 | COURTROOM DEPUTY:  Omitting the formal caption, we | |
| 24 | the jury duly impaneled and sworn, find the defendant, Hanoi | |
| 25 | Barbaro Acosta, nothing filled in, of sex trafficking of | 10:07:03 |

United States District Court

1  children as charged in Count 1 of the indictment.     10:07:09

2        We the jury duly impaneled and sworn find the

3  defendant, Hanoi Barbaro Acosta, guilty of transportation of a

4  minor for prostitution as charged in Count 2 of the indictment.

5        Signed this date by presiding juror number 14.     10:07:23

6        THE COURT:  And, ladies and gentlemen, is this your

7  unanimous verdict?

8        JUROR 14:  Yes.

9        THE COURT:  You have completed your responsibilities.

10 I have noted throughout the trial that you have been very     10:07:41

11 attentive.  Many of you took notes and I appreciate and all of

12 us appreciate that you have engaged in what, as you know, I

13 consider to be one of the most important functions that we all

14 have and one of the most important functions we have as

15 citizens of the United States.     10:08:01

16       You are excused and you can go downstairs and you can

17 go home now, go back to your lives.

18       But if any of you would like to talk to me, I always

19 make myself available and I always tell the lawyers that they

20 are available to talk to you, too, if they want to but only if     10:08:20

21 you want to.

22       So if I hear from you that you don't want to talk to

23 anyone, then go home and go back to your lives.  Okay.  All

24 right.

25       All rise for the jury.     10:08:39

United States District Court

1    And you are excused.    10:08:41

2    (Jury departs.)

3    MS. HULL:  Your Honor, does the court poll?

4    THE COURT:  Are you asking that they be?

5    I'm sorry.  Ladies and gentlemen, we need to have you    10:08:58

6    come back.

7    (Jury enters.)

8    THE COURT:  Okay.  There has been a request and --

9    please be seated. everyone.  The request is in accordance with

10   the law that I ask each of you whether or not -- and that is    10:09:21

11   individually whether or not the verdict form which has been

12   provided and will be filed in a moment is your verdict.

13   Juror number one, you have heard the reading of the

14   verdict.  Is that your verdict?

15   JUROR 1:  That is correct, Your Honor.    10:09:40

16   THE COURT:  And juror number two?

17   JUROR 2:  Yes, ma'am.

18   THE COURT:  Three?

19   JUROR 3:  Yes, ma'am.

20   THE COURT:  Four?    10:09:48

21   JUROR 4:  Yes, ma'am.

22   THE COURT:  Five?

23   JUROR 5:  Yes, ma'am.

24   THE COURT:  Six?

25   JUROR 6:  Yes, Your Honor.    10:09:49

| | | |
|---|---|---|
| 1 | THE COURT: Seven? | 10:09:49 |
| 2 | JUROR 7: Yes, Your Honor. | |
| 3 | THE COURT: Eight? | |
| 4 | JUROR 8: Yes. | |
| 5 | THE COURT: Nine? | 10:09:51 |
| 6 | JUROR 9: Yes. | |
| 7 | THE COURT: Ten? | |
| 8 | JUROR 10: Yes. | |
| 9 | THE COURT: 11? | |
| 10 | JUROR 11: Yes. | 10:09:53 |
| 11 | THE COURT: 12? | |
| 12 | JUROR 12: Yes. | |
| 13 | THE COURT: 14? | |
| 14 | JUROR 14: Yes, Your Honor. | |
| 15 | THE COURT: All right. Thank you very much and now | 10:09:55 |
| 16 | you may go. | |
| 17 | (Jury departs.) | |
| 18 | THE COURT: All right. And the sentencing will be | |
| 19 | held on what date? Please be seated. | |
| 20 | COURTROOM DEPUTY: August 11 at 11 a.m. | 10:10:25 |
| 21 | THE COURT: August 11 at 11 a.m. and there will be -- | |
| 22 | Mr. Acosta, so you know, there will be a presentence report | |
| 23 | prepared for the purpose of sentencing. And I strongly urge | |
| 24 | you to participate in every way in the preparation of that | |
| 25 | report because it will assist me in determining what your | 10:10:43 |

| | | |
|---|---|---|
| 1 | sentence should be. | 10:10:50 |
| 2 |     Is there anything from the United States government? | |
| 3 |     MR. LOGAN:  No, Your Honor.  Thank you. | |
| 4 |     THE COURT:  And Ms. Hull? | |
| 5 |     MS. HULL:  Yes, Your Honor.  In reference to the | 10:10:56 |

sentence should be.

    Is there anything from the United States government?

    MR. LOGAN:  No, Your Honor.  Thank you.

    THE COURT:  And Ms. Hull?

    MS. HULL:  Yes, Your Honor.  In reference to the count on which they hung, we had talked previously about whether we wanted to ask any questions of this jury.  I am interested in what the vote was and the numbers if there is a way to talk to them afterwards, if someone can provide us that information.  That might be helpful in how we choose to proceed from here.

    THE COURT:  All right.  You know, as I said, I think both of you said you didn't want to talk to the jury, which somewhat surprised me, but you can change your mind.  You can talk to the jury if you would like to.

    I usually don't ask them questions.  I usually don't ask them how they stood on something because that then provokes their wanting to know from me whether or not they did the right thing or wanting to complain about it.  Unless there's an objection, I can ask the jurors or I can ask Christine to ask the jurors about that.  Because they are hung -- and I neglected to say this -- then we can indeed set the trial on that count because that count still remains, at least as of today.

    So what -- I'm not going to ask you for your position

United States District Court

1   on it unless the government is proposing to dismiss that count.   10:12:26
2   　　　MS. BARDORF:  If I can just have a moment, Your
3   Honor, to talk to Mr. Logan.
4   　　　MS. HULL:  Your Honor, as far as questioning the
5   jury, I would just like a number of guilty, number not guilty.   10:12:38
6   That's all I'm asking.
7   　　　MS. BARDORF:  Your Honor, the government does not
8   wish to speak with the jury further and we are not dismissing
9   Count 1 at this time.
10  　　　THE COURT:  All right.  That's fine.   10:12:50
11  　　　And I will ask Christine if anyone wants to tell us
12  how the jury stood on that count and tell them that they don't
13  have to.  I certainly don't want to know who took what position
14  on the jury.
15  　　　So we'll let you know.   10:13:08
16  　　　All right.  We are adjourned.  And thank you,
17  Counsel.
18  　　　(Whereupon, these proceedings recessed at 10:13
19  a.m..)
20  　　　　　　　　　　* * * * *
21
22
23
24
25

United States District Court

C E R T I F I C A T E

    I, ELAINE M. CROPPER, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

    I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control, and to the best of my ability.

    DATED at Phoenix, Arizona, this 5th day of July, 2008.


                                    s/Elaine M. Cropper
                                    _____
                                     Elaine M. Cropper, RDR, CRR, CCP


United States District Court