THIS DOCUMENT IS **NOT** IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE: 57.4
(Rule Number/Section)

FILED ✓     LODGED ___
RECEIVED ___  COPY ___

JAN 23 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

UNITED STATES OF AMERICA ) MOTION FOR VIOLATION
        PLAINTIFF,       ) LEGAL RIGHTS.
                         )
        V.               )
                         )
                         ) DOCKET: 07CR00871-001-PHX-ROS
HANOI BARBARO ACOSTA     ) (ASSIGNED TO THE HONORABLE
        DEFENDENT.       ) ROSLYN O. SILVER)

DEFENDENT HANOI BARBARO ACOSTA RESPECTFULLY SUBMITS THIS MOTION TO BRING TO THE COURTS ATTENTION A VIOLATION OF MY LEGAL RIGHTS BY THE GOVERNMENT, IN SPECIFIC, THE U.S. MARSHALS OFFICE.

ON MAY 28TH 2008, MYSELF, ALONG WITH USMS INMATES ROSALES-HERNANDEZ #26172-208, ROBLING #83729-008, CARRILLO-IBARRA #75338-208, BILLANOR #84148-008, AND LOPEZ-MARTINEZ #73947-208 WERE TRANSFERRED FROM CORRECTIONS CORPORATION OF AMERICA (CCA), TO THE U.S. MARSHALS OFFICE IN PHOENIX, ARIZONA. AFTER AN ALLEDGED ALTERCATION WITH CCA STAFF.

BEFORE LEAVING CCA WE WERE ALL "DRESSED OUT" IN OUR PERSONAL CLOTHES, AND INSTRUCTED BY CCA STAFF TO PACK OUR PROPERTY. WHICH INCLUDED; CLOTHING, PERSONAL HYGIENE, PICTURES, ELECTRONICS (RADIO & HEADPHONES), FOOD ITEMS, AND LEGAL PAPERWORK.

UPON ARRIVING TO THE U.S. MARSHALS OFFICE, MYSELF, ALONG WITH THE ABOVE NAMED INMATES, AND OUR PROPERTY WERE DELIVERED TO THE CUSTODY OF THE U.S. MARSHAL ON DUTY. A BRIEF VERBAL SUMMARY OF WHAT ALLEDGEDLY OCCURED AT CCA WAS GIVEN TO THE RECIEVING MARSHAL BY CCA

PG 1.

SHIFT SUPERVISOR FRANK COOPER.

    WE WERE THEN LED UPSTAIRS BY THE MARSHAL, WHO STARTED COMMENTING, "THERE WON'T BE ANYMORE CAMP SNOOPY FOR YOU GUYS" AND "I'M GOING TO SEE TO IT THAT YOU GUYS GET TRANSFERRED TO COLORADO, ADX UNDERGROUND PRISON". HE THEN TOLD US WE WERE GOING TO BE HOUSED AT THE 4TH AVENUE JAIL, IN THE S.M.U., UNTIL OUR COURT PROCEEDINGS WERE OVER. I THEN INQUIRED ABOUT OUR PROPERTY, AND MINE IN SPECIFIC. AT WHICH TIME THE MARSHAL STATED "I'M THROWING ALL THAT AWAY!" I THEN SAID TO THE MARSHAL THAT I NEEDED MY LEGAL PAPERWORK. AND HE AGAIN STATED THAT HE WAS GOING TO THROW EVERYTHING AWAY, BECAUSE WE BEAT UP THE GAURDS AT CCA. THIS OCCURED IN THE PRESENCE OF THE SAID INMATES THAT WERE TRANSFERRED WITH ME. THE MARSHALS INTENT WAS VINDICTIVE, AND HE ACTED IN RETALIATION.

    I HAVE NOT SEEN MY PROPERTY OR LEGAL PAPERWORK SINCE MAY 28TH 2008. I HAVE ASKED MY COUNSELOR (BARBARA HULL) TO LOOK INTO THIS MATTER, BUT AS OF THIS DATE, I HAVE NOT RECIEVED ANY WORD ON THIS INCIDENT. I HAVE INQUIRED WITH 4TH AVENUE OFFICIALS AND THEY ASSURE ME THAT THEY DO NOT HAVE MY LEGAL MATERIAL. AND I HAVE ALSO WRITTEN THE U.S.M OFFICE USING THE 401 WEST WASHINGTON ADDRESS, BUT HAVE NOT RECIEVED A RESPONSE.

    INCLUDED IN MY LEGAL PAPERWORK WERE, NOTES, WORK PRODUCT, AND APPEAL STRATAGIES. SO THAT I MAY ASSIST MY ATTORNEY IN MY DEFENSE. IT ALSO INCLUDED MOTIONS, POLICE REPORTS, FBI REPORTS, TRIAL NOTES,

CASE LAWS ETC. AS A RESULT OF THE UNPROFESSIONAL CONDUCT OF THIS U.S. MARSHAL, MY DEFENSE AND APPEALS STRATAGICS HAVE BEEN UNDERMINED. BECAUSE WHO IS TO SAY IF HE ACTUALLY THREW IT AWAY OR IF HE GAVE IT TO THE PROSECUTOR FOR EXAMINATION? NOT TO MENTION THE DIRECT VIOLATION OF MY LEGAL RIGHTS- SINCE ITS COMMON KNOWLEDGE THAT A PRISONER IS ALLOWED LEGAL DOCUMENTS ANYWHERE THEY MAY BE HOUSED AS LONG AS IT IS PERTINANT TO AN ON GOING CASE. WHICH IN THIS CASE APPLYS TO ME. FURTHERMORE, 4TH AVENUE JAIL DOES ALLOW LEGAL DOCUMENTS, EVEN WHEN TRANSFERRED FROM ANOTHER FACILITY.

YOUR HONOR I AM ASKING THIS COURT FOR A HEARING ON THIS ISSUE. AND ADDITIONALLY, I AM ASKING THIS COURT TO IMPOSE SANCTIONS UPON THE GOVERMENT FOR THIS MIS- CONDUCT. WHICH WAS A SPITEFUL ACT AND A VIOLATION OF A BASIC RIGHT. I HAVE PROVIDED FIVE WITNESSES TO THIS INCIDENT.

RESPECTFULLY SUBMITTED THIS 20TH DAY OF JANUARY 2009.

BY: *Hanoi Acosta*
HANOI ACOSTA

## CERTIFICATE OF MAILING

1 COPY OF THE FOREGOING MAILED THIS DAY, JANUARY 20TH 2009 TO:
BARBARA L. HULL, ATTORNEY
637 N. 3RD AVE, SUITE 3
PHOENIX AZ 85003

1 COPY OF THE FOREGOING MAILED THIS DAY, JANUARY 20TH 2009 TO:
TRACEY BARDORF
2 RENAISSANCE SQUARE
40 NORTH CENTRAL AVE. SUITE 1200
PHOENIX, AZ. 85004-4408

ORIGINAL & 2 COPIES OF THE FOREGOING MAILED THIS DAY, JANUARY 20TH, 2009 TO:
THE HONORABLE ROSLYN O. SILVER
UNITED STATES DISTRICT COURT
401 WEST WASHINGTON
PHOENIX, ARIZONA 85003

BY: /s/ Nano Acosta
NANO ACOSTA

✳ I.L.S ✳

| Check One: | ☐ 1. Library | ☐ 2. Religious | ☑ 3. Legal | ☐ 4. Programs | ☐ 5. Other |

**Maricopa County Sheriff's Office**
**Joseph M. Arpaio, Sheriff**
**Inmate Request Form**

| Name (Nombre): ~~Manoj Acosta~~ | Jail (Carcel): 4TH AVE |
| Booking No. (Numero Fichado): P423185 | House (Casa): ~~redacted~~ |
| Date of Birth (Fecha De Nacimiento): 12-4-77 | Cell (Celda): ~~redacted~~ |

**1. Inmate Library Request (Biblioteca)**  ☐ English  ☐ Espanol
- ☐ Adventure/Western (Aventura)
- ☐ Classics/Poetry (Clasico/Poesia)
- ☐ Education/Careers (Educacion/Carrera)
- ☐ Large print/Easy Reading (Letra grande)
- ☐ Mystery/Horror (Misterio/Horror)
- ☐ Non-Fiction/Biography (Literatura de Novelesca/Biografia)
- ☐ Romance (Romantica)
- ☐ Sci-Fi/Fantasy (Ciencia ficcion/Fantasia)
- ☐ Spy/War (Espia/Guerra)
- ☐ Self-help/Inspiration (Esfuerza propio/Inspiracion)

**2. Inmate Religious Request (Solicitud Religiosa)**
Religion: ☐ Catholic (Catolico)  ☐ Protestant (Protestante)  ☐ Muslim (Musulman)
☐ Other religion (Otra religion) _____

I.L.S.
REC'D JAN 20 2009
RET'D JAN 20 2009

Request (Solicitud): ☐ Bible (Biblia)  ☐ Bible Study (Estudio biblico)
☐ Inspirational Material (Material inspirante)  ☐ Religious Counseling (Consejo religioso)
☐ Religious Diet (Dieta religioso)

**3. Inmate Legal Requests (Solicitud Legales)**
- ☑ Legal Research (Investigacion legal)  ☐ Legal Forms (Formulario legal)  ☐ Notary Service (Servicio notario)
- ☐ Court Filings (Archivar)  ☐ Legal Indigent Supplies (Legal articulos indigente)

**4. Inmate Programs (Programas)**
- ☐ Self-help (Esfuerza propio)  ☐ GED  ☐ Juvenile Education (Educacion juvenil)
- ☐ Adult Special Education (Educacion especial de Adulto)
- ☐ Alpha Program (Programa Alpha) (Substance Abuse Treatment – *for Sentenced Inmates ONLY*)

**5. Other Inmate Information Request (Otra Informacion)**
- ☐ Court date (Fecha de corte)  ☐ Release date (Fecha de liberar)  ☐ Property release (Liberar del propiedad)
- ☐ Legal call (Llamada legal)  ☐ Other

Please explain your request or question. Print clearly. (Por favor de explicar su solicitud o' pregunta. Escribir claramente.)

I NEED FEDERAL CASE LAW CASES PERTAINING TO "INTERSTATE TRANSPORTATION OF A MINOR FOR PROSTITUTION", 18 U.S.C. § 2423 (a) AND (e)
AS MANY CASES AS YOU CAN SEND ME PLEASE, I'M RESEARCHING FOR APPEAL. THANK YOU FOR YOUR TIME
✳ IN PARTICULAR — U.S. V. TAYLOR

Inmate Signature: Manoj Acosta
Receiving Officer
Date: 1/19/09   Time: 1700
Signature: B5634

Response (if needed):
~~You are represented by counsel and have access to the courts through him or her. Please refer this request to your attorney. Thank you.~~ B1565

5000-002 R 1/09   WHITE – Officer   YELLOW – Inmate   B1565   SFOR203

✳ SEE REVERSE SIDE ➔

A  ✳ I.L.S ✳

Check One:   ☐ 1. Library   ☐ 2. Religious   ☒ 3. Legal   ☐ 4. Programs   ☒ 5. Other

**Maricopa County Sheriff's Office**
**Joseph M. Arpaio, Sheriff**
**Inmate Request Form**

| Name (Nombre): ~~HANDKHODA~~ | Jail (Carcel): 4TH AVE |
|---|---|
| Booking No. (Numero Fichado): P423185 | House (Casa): ~~~~ |
| Date of Birth (Fecha De Nacimiento): 12 4 77 | Cell (Celda): ~~~~ |

**1. Inmate Library Request (Biblioteca)**   ☐ English   ☐ Espanol   Atty: Hull, Barbara

☐ Adventure/Western (Aventura)   ☐ Classics/Poetry (Clasico/Poesia)
☐ Education/Careers (Educacion/Carrera)   ☐ Large print/Easy Reading (Letra grande)
☐ Mystery/Horror (Misterio/Horror)   ☐ Non-Fiction/Biography (Literatura de Novelesca/Biografia)
☐ Romance (Romantica)   ☐ Sci-Fi/Fantasy (Ciencia ficcion/Fantasia)
☐ Spy/War (Espia/Guerra)   ☐ Self-help/Inspiration (Esfuerza propio/Inspiracion)

**2. Inmate Religious Request (Solicitud Religiosa)**
Religion:   ☐ Catholic (Catolico)   ☐ Protestant (Protestante)   ☐ Muslim (Musulman)
☐ Other religion (Otra religion) _____

Request (Solicitud):   ☐ Bible (Biblia)   ☐ Bible Study (Estudio biblico)
☐ Inspirational Material (Material inspirante)   ☐ Religious Counseling (Consejo religioso)
☐ Religious Diet (Dieta religioso)

I.L.S. REC'D JAN 20 2009
REC'D JAN 20 2009

**3. Inmate Legal Requests (Solicitud Legales)**
☐ Legal Research (Investigacion legal)   ☐ Legal Forms (Formulario legal)   ☐ Notary Service (Servicio notario)
☒ Court Filings (Archivar)   ☐ Legal Indigent Supplies (Legal articulos indigente)

**4. Inmate Programs (Programas)**
☐ Self-help (Esfuerza propio)   ☐ GED   ☐ Juvenile Education (Educacion juvenil)
☐ Adult Special Education (Educacion especial de Adulto)
☐ Alpha Program (Programa Alpha) (Substance Abuse Treatment – for Sentenced Inmates ONLY)

**5. Other Inmate Information Request (Otra Informacion)**
☐ Court date (Fecha de corte)   ☐ Release date (Fecha de liberar)   ☐ Property release (Liberar del propiedad)
☐ Legal call (Llamada legal)   ☒ Other   COPIES & MAIL

Please explain your request or question. Print clearly. (Por favor de explicar su solicitud o' pregunta. Escribir claramente.)

I NEED 5 COPIES OF THIS MOTION. 4 MAILED TO THE RECIPIENTS ON THE COVER SHEET. AND THE 5TH RETURNED TO ME FOR MY RECORDS.
THANKS

Inmate Signature: _____   Receiving Officer Date: 01/20/09   Time: 03:25

Response: You are represented by counsel and will need to submit this through your attorney. If you wish for ILS to deliver/mail this to your attorney, provide ILS with a cover letter addressed only to your attorney, and resubmit with a new tank order. B1565

5000-002 R 1/99   WHITE – Officer   YELLOW – Inmate   B1565   SFOR203

# COVER SHEET

1 COPY MAILED TO:
BARBARA L. HULL, ATTORNEY
1037 N. 3RD AVE, SUITE 3
PHOENIX ARIZONA 85003

1 COPY MAILED TO:
ASSISTANT U.S. ATTORNEY
TRACEY BARDORF
2 RENAISSANCE SQUARE
40 NORTH CENTRAL AVE., SUITE 1200
PHOENIX, ARIZONA 85004-4408

ORIGINAL & 2 COPIES MAILED TO:
THE HONORABLE ROSLYN O. SILVER
UNITED STATES DISTRICT COURT
401 WEST WASHINGTON
PHOENIX, ARIZONA 85003

FROM:
HANOI ACOSTA #P423185/SMU1.02
4TH AVE. JAIL
201 SOUTH 4TH AVE
PHOENIX, AZ. 85003



HANOI ACOSTA # P483185 MU102
4TH AVE JAIL
301 SOUTH 4TH AVE
PHOENIX, AZ 85003

PHOENIX AZ 850
22 JAN 2009 PM 7 L
USA 42 FRANK

THE HONORABLE ROSLYN O. SILVER
UNITED STATES DISTRICT COURT
401 WEST WASHINGTON STREET
PHOENIX, ARIZONA 85003

RECEIVED
JAN 2 3 2009
RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

LEGAL MAIL